UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

TIHOMIR DJUKIC,

        Petitioner,

v.

5:02-CV-1149
(NAM/DEP)

MIRJANA BASARA,

        Respondent.
_____

**APPEARANCES:**

Bond, Schoeneck & King LLP
One Lincoln Center
Syracuse, New York 13202-1355

Littman Law Office
308 North Tioga Street
Ithaca, New York 14850

Cornell Legal Aid
Cornell University
Myron Taylor Hall
Ithaca, New York 14853

**OF COUNSEL:**

Brody Smith, Esq.
Maria P. Vitullo, Esq.

Peter N. Littman, Esq.

JoAnne M. Miner, Esq.

Norman A. Mordue, Chief Judge

ORDER

     The above matter comes to me following a Report-Recommendation by Magistrate Judge David E. Peebles, duly filed on the 7th day of June, 2006. Following ten days from the service thereof, the Clerk has sent me the file, including any and all objections filed by the parties herein.

After careful review of all of the papers herein, including the Magistrate Judge's Report-Recommendation, and no objections submitted thereto, it is

ORDERED, that:

1. The Report-Recommendation is hereby approved.

2. The Petition in this matter is stricken and this proceeding is dismissed in its entirety.

3. The Clerk of the Court shall serve a copy of this Order upon all parties and the Magistrate Judge assigned to this case.

IT IS SO ORDERED.


Dated: June 26, 2006
       Syracuse, New York

_____
Norman A. Mordue
Chief United States District Court Judge