# United States District Court
## Northern District of New York

## JUDGMENT IN A CIVIL CASE

TIHOMIR DJUKIC

             V.            CASE NUMBER: 5:02-CV-1149(NAM/DEP)

MIRJANA BASARA

**[ ]**    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**[XX]**    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED, that judgment be entered in favor of RESPONDENT against PETITIONER, striking the petition and dismissing this proceeding in its entirety pursuant to the Order of the Hon. Norman A. Mordue filed Jun 26, 2006.

DATED:    June 26, 2006

                                              Clerk of Court

LKB:lmp